JEMMA DUNN
Nevada Bar No. 16229
MATTHEW T. HALE
Nevada Bar No. 16880
MARIAN L. MASSEY
Nevada Bar No. 14579
**GREENBERG GROSS LLP**
1980 Festival Plaza Drive, Suite 730
Las Vegas, Nevada 89135
Telephone: (702) 777-0888
Facsimile: (702) 777-0801
 *JDunn@GGTrialLaw.com*
 *MHale@GGTrialLaw.com*
 *MMassey@GGTrialLaw.com*

*Attorneys for Plaintiff Fredrick Shockley*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| FREDRICK SHOCKLEY, an individual,<br><br>Plaintiff,<br><br>v.<br><br>UNIVERSAL PROTECTION SERVICE, LLC, a Delaware limited liability company; UNIVERSAL PROTECTION SERVICE, LP, a California limited partnership,<br><br>Defendants. | Case No.: 2:26-cv-00144-RFB-EJY<br><br>**STIPULATION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT PURSUANT TO LOCAL RULE IA 6-1**<br><br>**(First Request)** |

Plaintiff, Fredrick Shockley ("Plaintiff"), and Defendants, Universal Protection Service, LLC, and Universal Protection Service, LP ("Defendants") (collectively, the "Parties"), by and through undersigned counsel, hereby stipulate to extend the time for Defendants to respond to Plaintiff's Complaint to March 27, 2026. Per Local Rule IA 6-1, the request for an extension is based on the following reasons:

1. Plaintiff filed the Complaint on January 21, 2026.

2. Plaintiff served the Complaint on Defendants on February 26, 2026, making their response deadline March 19, 2026.

-1-

STIPULATION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT
PURSUANT TO LOCAL RULE IA 6-1

3. Defendants recently retained undersigned counsel, who is in the process of investigating the underlying factual allegations in the complaint.

4. Counsel for Plaintiff have agreed to extend the deadline for Defendants to answer or otherwise respond to the complaint to March 27, 2026.

5. This is the first request for extension of time for Defendants to respond to the complaint and is being requested in good faith and not for purposes of delay or prejudice to any other party.

**GREENBERG GROSS LLP**                    **GORDON REES SCULLY MANSUKHANI, LLP**


/s/ Marian L. Massey                       /s/ Christopher Lund
Jemma E. Dunn, Bar #16229                  Christopher Lund, Bar # 12435
Matthew T. Hale, Bar #16880               300 South Fourth Street, Suite 1550,
Marian L. Massey, Bar #14579              Las Vegas, NV 89101
1980 Festival Plaza Dr., Suite 730
Las Vegas, NV 89135

Attorneys for Plaintiff                    Attorneys for Defendants



**IT IS SO ORDERED:**


_____
UNITED STATES MAGISTRATE JUDGE


Dated:____March 18, 2026_____

STIPULATION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT
PURSUANT TO LOCAL RULE IA 6-1