JEMMA E. DUNN
Nevada Bar No. 16229
MATTHEW T. HALE
Nevada Bar No. 16880
MARIAN L. MASSEY
Nevada Bar No. 14579
**GREENBERG GROSS LLP**
1980 Festival Plaza Drive, Suite 730
Las Vegas, Nevada 89135
Telephone: (702) 777-0888
Facsimile: (702) 777-0801
*JDunn@GGTrialLaw.com*
*MHale@GGTrialLaw.com*
*MMassey@GGTrialLaw.com*

*Attorneys for Plaintiff*
*Fredrick Shockley*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| FREDRICK SHOCKLEY, an individual,<br><br>Plaintiff,<br><br>v.<br><br>UNIVERSAL PROTECTION SERVICE, LLC, a Delaware limited liability company; UNIVERSAL PROTECTION SERVICE, LP, a California limited partnership,<br><br>Defendants. | Case No.: 2:26-cv-00144-RFB-EJY<br><br>**STIPULATION TO EXTEND DEADLINE TO SUBMIT DISMISSAL DOCUMENTS**<br><br>**(FIRST REQUEST)** |

Pursuant to this Court's Minute Order dated August 17, 2026 (ECF No. 22), Plaintiff Fredrick Shockley ("Plaintiff"), by and through his counsel of record, Greenberg Gross LLP, and Defendants Universal Protection Service, LLC and Universal Protection Service, LP ("Defendants"), by and through their counsel of record, Gordon Rees Scully Mansukhani, LLP, hereby stipulate to an extension to the deadline to submit the dismissal documents by thirty-one (31) days, from October ~~15,~~ 16 2026 to November 16, 2026. In support of this request, the Parties state as follows:

1. On August 17, 2026, the Parties participated in an Early Neutral Evaluation with Judge Albregts and resolved the case. The Parties were ordered to submit dismissal papers by October 16, 2026. *See* ECF No. 22.

2. On September 28, 2026, after several requests from Plaintiff, Defendants provided a draft

of the settlement agreement for Plaintiff's counsel's review.

3. On October 6, 2026, Plaintiff provided revisions to the settlement agreement to Defendants.

4. On October 13, 2026, counsel for the Parties met and conferred to discuss the settlement agreement, and Defendant's counsel advised he would provide a final version of the settlement agreement once it was approved by Defendants.

5. Given the settlement agreement has not been signed and the settlement payments have not been received, the Parties respectfully request a brief approximately one-month extension to the deadline to provide the dismissal documents in this case from October 16, 2026 to November 16, 2026.

6. This request is submitted in advance of the currently scheduled deadline to submit dismissal documents, is made in good faith, and is not intended to cause delay or prejudice to any party.

**IT IS SO STIPULATED.**

Dated this 16th day of October, 2026.

*/s/ Marian L. Massey*
JEMMA E. DUNN
Nevada Bar No. 16229
MATTHEW T. HALE
Nevada Bar No. 16880
MARIAN L. MASSEY
Nevada Bar No. 14579
**GREENBERG GROSS LLP**
1980 Festival Plaza Drive, Suite 730
Las Vegas, Nevada 89135

*Attorneys for Plaintiff*

*/s/ Christopher Lund*
CHRISTOPHER LUND
Nevada Bar No. 12435
**GORDON REES SCULLY MANSUKHANI, LLP**
300 South Fourth Street, Suite 1550
Las Vegas, Nevada 89101

*Attorneys for Defendants*

**ORDER**

**IT IS SO ORDERED:**

DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: October 20, 2026

**CERTIFICATE OF SERVICE**

I hereby certify that on this 16th day of October, 2026, a true and correct copy of **STIPULATION TO EXTEND DEADLINE TO SUBMIT DISMISSAL DOCUMENTS** was served via the United States District Court CM/ECF system on all parties or persons requiring notice.

By: */s/ Cheryl Winsten*
Cheryl Winsten, an Employee of
GREENBERG GROSS LLP